PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2722
Facsimile:   (916) 554-2900

**FILED**

OCT 2 6 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.<br>**2: 1 7 - CR - 1 9 5 JAM** |
| Plaintiff, | 18 U.S.C. § 1028A – Aggravated Identity Theft;<br>18 U.S.C. § 1542 – False Statement in Application for |
| v. | United States Passport; 18 U.S.C. § 371 – Conspiracy<br>to Commit Unlawful Procurement of Naturalization |
| GUSTAVO ARAUJO LERMA,<br> aka Hiram Enrique Velez, and<br>MARIA EVA VELEZ, | and Citizenship; 18 U.S.C. § 1425(b) – Unlawful<br>Procurement of Naturalization and Citizenship;<br>18 U.S.C. § 611 – Voting by Alien; 18 U.S.C. §§<br>982(a)(6)(A)(ii)(I) and (II) – Criminal Forfeiture |
| Defendants. | |

INDICTMENT

COUNT ONE: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]

The Grand Jury charges: T H A T

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez,

defendant, herein, on or about November 6, 2012, June 3, 2014, November 4, 2014, June 7, 2016, and November 8, 2016, in the County of Sacramento, State and Eastern District of California, knowingly possessed and used, without lawful authority, a means of identification belonging to another person, *to wit*, the name of Hiram E. Velez, during and in relation to a felony violation of Title 18, United States

INDICTMENT                                              1

Code, Section 911, all in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT TWO:  [18 U.S.C. § 1542 – False Statement in Application for United States Passport]

The Grand Jury further charges: T H A T

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez,

defendant herein, on or about March 11, 2009, in the State and Eastern District of California, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his name was "Hiram Enrique Velez," which he knew to be false, in violation of Title 18, United States Code, Section 1542.

COUNT THREE:  [18 U.S.C. § 371 – Conspiracy to Procure Citizenship and Naturalization Unlawfully]

The Grand Jury further charges:  T H A T

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez,
and
MARIA EVA VELEZ,

defendants herein, beginning no later than August 25, 1992 and continuing through at least November 1, 2012, in the state and Eastern District of California, and elsewhere, did knowingly and intentionally conspire with each other to unlawfully procure naturalization and citizenship in violation of Title 18, United States Code, Section 1425(b), and at least one of the defendants committed at least one overt act for the purpose of carrying out the conspiracy, including marrying in the United States using the Velez identity and submitting fraudulent legal permanent resident and naturalization applications seeking status for at least one alien based upon association with the Velez identity, in violation of Title 18 United States Code, Section 371.

///

INDICTMENT

2

COUNT FOUR: [18 U.S.C. § 1425(b) – Procurement of Citizenship and Naturalization Unlawfully]

The Grand Jury further charges: T H A T

MARIA EVA VELEZ,

defendant herein, on or about November 1, 2012, in the State and Eastern District of California, for herself, a person not entitled to naturalization, did knowingly obtain and procure naturalization by the United States government and United States citizenship, evidenced by United States Certificate of Naturalization number xxxxx721, knowing that she was not entitled to naturalization and knowing that statements she made to obtain such naturalization were false, in violation of Title 18, United States Code, Section 1425(b).

COUNT FIVE: [18 U.S.C. § 611 – Voting by Aliens]

The Grand Jury further charges: T H A T

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez,

defendant herein, an alien, fully knowing he was not a United States citizen, on or about November 6, 2012, in the State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Presidential elector, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

COUNT SIX: [18 U.S.C. § 611 – Voting by Aliens]

The Grand Jury further charges: T H A T

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez,

defendant herein, an alien, fully knowing he was not a United States citizen, on or about June 3, 2014, in the State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

///

INDICTMENT

3

COUNT SEVEN: [18 U.S.C. § 611 – Voting by Aliens]

The Grand Jury further charges: T H A T

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez,

defendant herein, an alien, fully knowing he was not a United States citizen, on or about November 4, 2014, in the State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

COUNT EIGHT: [18 U.S.C. § 611 – Voting by Aliens]

The Grand Jury further charges: T H A T

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez,

defendant herein, an alien, fully knowing he was not a United States citizen, on or about June 7, 2016, in the State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Member of the Senate, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

COUNT NINE: [18 U.S.C. § 611 – Voting by Aliens]

The Grand Jury further charges: T H A T

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez,

defendant herein, an alien, fully knowing he was not a United States citizen, on or about November 8, 2016, in the State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Presidential elector, Member of the Senate, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

INDICTMENT                                    4

FORFEITURE ALLEGATION: [18 U.S.C. §§ 982(a)(6)(A)(ii)(I) and (II) – Criminal Forfeiture]

1.      Upon conviction of the offenses alleged in Counts Two through Four of this Indictment, defendant GUSTAVO ARAUJO LERMA, aka Hiram Enrique Velez and MARIA EVA VELEZ shall forfeit to the United States pursuant to Title 18, United States Code, Sections 982(a)(6)(A)(ii)(I) and 982(a)(6)(A)(ii)(II), any property real or personal, that constitutes, or is derived from or is traceable to proceeds obtained directly or indirectly from the commission of the offenses, or any property used, or intended to be used to facilitate the commission of the offenses.

2.      If any property subject to forfeiture, as a result of the offenses alleged in Counts Two through Four of this Indictment, for which defendants are convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

INDICTMENT                                    5

No. \_ \_ \_ \_ \_ \_ \_ \_

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez and
MARIA EVA VELEZ,

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1028A – Aggravated Identify Theft;
18 U.S.C. § 1542 – False Statement in Application for United States Passport;
18 U.S.C. § 371 – Conspiracy to Commit Unlawful Procurement of Naturalization
and Citizenship; 18 U.S.C. § 1425(b) – Unlawful Procurement of Naturalization and Citizenship;
18 U.S.C. § 611 – Voting by Alien; 18 U.S.C. §§ 982(a)(6)(A)(ii)(I) and II – Criminal Forfeiture

*A true bill,*

### /s/ Signature on file w/AUSA

\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_
*Foreman.*

*Filed in open court this* \_ \_ \_ 26 \_ \_ \_ *day*

*of* \_ OCTOBER \_ \_ *, A.D. 20* 17

\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_
*Clerk.*

*Bail, $* \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_

**NO PROCESS NECESSARY** *for A Lerma*

\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ **NO BAIL WARRANT** *for defendant Velez*

GPO 863 525

## United States
### v.
### GUSTAVO ARAUJO LERMA, aka Hiram Enrique Velez

### Penalties for Indictment

COUNT I
VIOLATION:          18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft
PENALTIES:          Mandatory term of imprisonment of two years to run consecutive
                    to any other term of imprisonment.

COUNT II
VIOLATION:          18 U.S.C. § 1542– False statement in application and use of
                    passport
PENALTIES:          Not more than fifteen (15) years in prison;
                    Not more than $250,000 fine, or both;
                    Not more than three (3) year term supervised release
                    $100 mandatory special assessment

COUNT III
VIOLATION:          18 U.S.C. § 371 – Conspiracy to Commit Unlawful Procurement
                    of Naturalization or Citizenship
PENALTIES:          Not more than five (5) years in prison;
                    Not more than $250,000 fine, or both;
                    Not more than three (3) year term supervised release
                    $100 mandatory special assessment

COUNTS V-IX
VIOLATION:          18 U.S.C. § 611 – Voting by Aliens
PENALTIES:          Not more than one (1) years in prison;
                    Not more than $250,000 fine, or both.

<u>**United States**</u>
<u>**v.**</u>
<u>**MARIA EVA VELEZ**</u>

<u>**Penalties for Indictment**</u>

<u>COUNT III</u>
VIOLATION:                     18 U.S.C. § 371 – Conspiracy to Commit Unlawful Procurement
                               of Naturalization or Citizenship
PENALTIES:                     Not more than five (5) years in prison;
                               Not more than $250,000 fine, or both;
                               Not more than three (3) year term supervised release
                               $100 mandatory special assessment.

<u>COUNT IV</u>
VIOLATION:                     18 U.S.C. § 1425(b) –Unlawful Procurement of Naturalization
                               or Citizenship
PENALTIES:                     Not more than ten (10) years imprisonment;
                               Not more than $250,000 fine, or both
                               Not more than three (3) years supervised release,
                               $100 mandatory special assessment.